■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROHAN HOLDER, Appellant. [599 NYS2d 1019] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered September 5, 1991.

Ordered that the judgment is affirmed.

Appellate review of the issues raised by the defendant was

effectively waived by him as part of his plea bargain. Accordingly, the judgment of conviction is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Thompson, J. P., Sullivan, Miller, Ritter and Santucci, JJ., concur.